No. 41, Orig. OHIO v. WYANDOTTE CHEMICALS CORP. ET AL. Motion of the Solicitor General for allotment of time for oral argument granted and 20 minutes allotted for that purpose. Defendant allotted 20 additional minutes for oral argument. [For earlier order herein, see *ante,* p. 810.]

No. 30. UNITED STATES v. HARRIS. C. A. 6th Cir. [Certiorari granted, 397 U. S. 905.] Motion of respondent for appointment of counsel granted. It is ordered that Steven M. Umin, Esquire, of Washington, D. C., a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for respondent in this case.

No. 85. GILLETTE v. UNITED STATES. C. A. 2d Cir. [Certiorari granted, 399 U. S. 925]; and
No. 325. NEGRE v. LARSEN ET AL. C. A. 9th Cir. [Certiorari granted, 399 U. S. 925.] Motion of George T. Altman for leave to file a brief as *amicus curiae* granted.

No. 113. DECKER, U. S. DISTRICT JUDGE, ET AL. v. HARPER & ROW PUBLISHERS, INC., ET AL. C. A. 7th Cir. [Certiorari granted, 397 U. S. 1073.] Motion of Northampton County, Pennsylvania, Bar Assn. for leave to join brief of American Bar Assn. as *amicus curiae* granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion.

No. 336. NELSON, WARDEN v. O'NEIL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 901.] Motion of respondent for appointment of counsel granted. It is ordered that James S. Campbell, Esquire, of Washington, D. C., a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for respondent in this case.